# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| In the Matter of the Search of )<br>United States Postal Service Express Mail parcel )<br>originating in the City of San Jose, California. More )<br>specifically, described as a sealed USPS Express Mail )<br>parcel measuring approximately 15" x 12" x 10", with )<br>USPS tracking number EU 981376403 US, and postage )<br>of $84.20 from Zip Code 95101 weighing approximately )<br>11 lbs. 9.8 ozs. postmarked October 29, 2013. The )<br>parcel's return address is Kevin Tran at 1976 Waverly )<br>Ave, San Jose, CA 95122. The parcel's addressee is )<br>Jason Lee at 1324 NW 9th St, Moore, OK 73170. ) | Case No. M-13-**496**-SM |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized Law Enforcement Officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following property located in the Western District of Oklahoma: United States Postal Service Express Mail parcel originating in the City of San Jose, California. More specifically, described as a sealed USPS Express Mail parcel measuring approximately 15" x 12" x 10", with USPS tracking number EU 981376403 US, and postage of $84.20 from Zip Code 95101 weighing approximately 11 lbs. 9.8 ozs. postmarked October 29, 2013. The parcel's return address is Kevin Tran at 1976 Waverly Ave, San Jose, CA 95122. The parcel's addressee is Jason Lee at 1324 NW 9th St, Moore, OK 73170.

The property to be searched, described above, is believed to conceal: Controlled Substances

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before  **Nov. 13, 2013**
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the United States Magistrate Judge Suzanne Mitchell.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  **10/30/13**
**7:20 AM**

*Judge's signature*

City and state:  Oklahoma City, Oklahoma       SUZANNE MITCHELL, UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## Return

Case No.: M-13-496-SM

Date and time warrant executed: 10/30/13  5:13 pm

Copy of warrant and inventory left with: United States Postal Inspection Service

Inventory made in the presence of: Agent Kyle English

Inventory of the property taken and name of any person(s) seized:

Packaging materials

(2) plastic containers

package white paper

(4) vacuum sealed packages containing a green leafy substance with an approximate weight of 1,124 grams (with packaging)

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/30/13

Executing officer's signature: [signature]

Printed name and title: Brian Hess U.S. Postal Inspector